UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:20-CV-254-M

| | |
|---|---|
| ROSE HILL UNITED METHODIST CHURCH, *a North Carolina church and unincorporated association,*<br><br>Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I. *a Wisconsin stock insurance company formerly known as, converted from, and otherwise successor-in-interest to "Church Mutual Insurance Company," a Wisconsin mutual insurance company*; and CHURCH MUTUAL HOLDING COMPANY, INC., *a Wisconsin corporation and mutual holding company and owner of "Church Mutual Insurance Company, S.I.," and other subsidiaries,*<br><br>Defendants. | **ORDER** |

This matter is before the Court on Defendant Church Mutual Insurance Company, S.I.'s Motion to Stay Discovery pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. For good cause shown and there being no opposition to the motion, the court GRANTS the motion to stay [DE #25] and hereby STAYS discovery pending the court's ruling on Defendant's motion to dismiss Plaintiff's complaint.

The nonfinal pretrial conference scheduled for September 15, 2021, is hereby CONTINUED to January 11, 2022, at 11:00 a.m.

SO ORDERED, this 3rd day of September 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge