**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**CIVIL ACTION NO.: 7:20-CV-00254-M**

| | |
|---|---|
| **ROSE HILL UNITED METHODIST CHURCH, *a North Carolina church and unincorporated association,*** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **CHURCH MUTUAL INSURANCE COMPANY, S.I., *a Wisconsin stock insurance company formerly known as, converted from, and otherwise successor-in-interest to "Church Mutual Insurance Company," a Wisconsin mutual insurance company,*** <br><br> **Defendant.** | **PARTIES' PRODUCTION OF DISCOVERY DOCUMENTS, IN COMPLIANCE WITH COURT'S ORDER DATED APRIL 21, 2023** |

NOW COME the Parties, *ROSE HILL UNITED METHODIST CHURCH* and *CHURCH MUTUAL INSURANCE COMPANY, S.I.* (hereinafter, collectively referred to as the "Parties") **–** in response to the Court's Order, dated April 21, 2023 – and hereby produce "copies of the specific discovery requests in dispute [in the matter at Bar] and any responses thereto," attached hereto as the following Exhibits:

- Exhibit 1 – *CHURCH MUTUAL INSURANCE COMPANY, S.I.'s* Reponses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents;

- Exhibit 2 – *CHURCH MUTUAL INSURANCE COMPANY, S.I.'s* Privilege Log dated March 13, 2023;

- Exhibit 3 – *CHURCH MUTUAL INSURANCE COMPANY, S.I.'s* (Updated) Privilege Log dated March 20, 2023;

- Exhibit 4 – Subpoena to Produce Documents – *DND Construction Services, LLC*;

- Exhibit 5 – Privilege Log for *DND Construction Services, LLC* – this Privilege Log was submitted by counsel for Defendant, *CHURCH MUTUAL INSURANCE COMPANY, S.I.* on January 27, 2023;

- Exhibit 6 – Subpoena to Produce Documents – *York Risk Services Group, Inc.*;

- Exhibit 7 – Privilege Log for *York Risk Services, Inc.* – this Privilege Log was submitted by counsel for Defendant, *CHURCH MUTUAL INSURANCE COMPANY, S.I.*, on January 27, 2023;

- Exhibit 8 – Subpoena to Produce Documents – *JS Held, LLC* (Raleigh office) – Defendant, *CHURCH MUTUAL INSURANCE COMPANY, S.I.*, asserted privileges for documents responsive to this Subpoena to Produce Documents in its Privilege Logs attached hereto as Exhibits 2 and 3. Additionally, the law firm *Butler Weihmuller Katz Craig, LLP* asserted privileges over documents responsive to this Subpoena to Produce Documents in its Privilege Log attached hereto as Exhibit 11;

- Exhibit 9 – Subpoena to Produce Documents – *JS Held, LLC* (Charlotte office) – Defendant, *CHURCH MUTUAL INSURANCE COMPANY, S.I.*, asserted privileges over documents responsive to this Subpoena to Produce Documents in its Privilege Logs attached hereto as Exhibits 2 and 3. Additionally, the law firm *Butler Weihmuller Katz Craig, LLP* asserted privileges over documents responsive to this Subpoena to Produce Documents in its Privilege Log attached hereto as Exhibit 11;

- Exhibit 10 – Subpoena to Produce Documents – *Butler Weihmuller Katz Craig, LLP*; and

- Exhibit 11 – *Butler Weihmuller Katz Craig, LLP* Privilege Log.

Respectfully submitted, this the 5th day of May, 2023.

**/s/ Michael S. Davenport**
**Michael S. Davenport**
**NC State Bar No.: 23956**
**THE LAW OFFICES OF MICHAEL DAVENPORT, P.C.**
***Attorney for Plaintiff***
**2505 S. College Road**
**Wilmington, NC 28412**
**Telephone: (910) 362-9500**
**Facsimile: (910) 799-8496**
**Email: msd@mdavenportlaw.com**

**/s/ R. Scott Brown**
**R. Scott Brown**
**NC State Bar No.: 13435**
**BROWN, CRUMP, VANORE & TIERNEY, PLLC**
***Attorney for Plaintiff***
**801 Oberlin Road, Suite 330**
**Raleigh, NC 27605**
**Telephone: (919) 890-4483**
**Facsimile: (919) 835-0915**
**Email: sbrown@bcvtlaw.com**

**/s/ Jennifer Addleton Welch**
**Jennifer Addleton Welch**
**NC State Bar No.: 31360**
**CRANFILL SUMNER, LLP**
***Attorney for Defendant***
**Post Office Box 27808**
**Raleigh, NC 27611-7808**
**Email: jwelch@cshlaw.com**
**Email: sbader@cshlaw.com**
**Email: tsmyth@cshlaw.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

This the 5th day of May, 2023.

**/s/ Michael S. Davenport**
**Michael S. Davenport**
**NC State Bar No.: 23956**
**THE LAW OFFICES OF MICHAEL DAVENPORT, P.C.**
***Attorney for Plaintiff***
**2505 S. College Road**
**Wilmington, NC 28412**
**Telephone: (910) 362-9500**
**Facsimile: (910) 799-8496**
**Email: msd@mdavenportlaw.com**