# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# CIVIL ACTION NUMBER: 7:20-CV-00254-M

| | |
|---|---|
| ROSE HILL UNITED METHODIST CHURCH, *a North Carolina church and unincorporated association,*<br><br>Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I.<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, Rose Hill United Methodist Church, and Defendant, Church Mutual Insurance Company, S.I., through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to a voluntary dismissal with prejudice in the above-captioned matter, with each party to bear their own costs and attorneys' fees.

This the 1st day of August, 2023.

                                                  THE LAW OFFICE OF MICHAEL DAVENPORT, P.C.

                                By:    /s/ Michael S. Davenport
                                            Michael S. Davenport
                                            2505 South College Road
                                            Wilmington, NC 28412
                                            Phone: 910-362-9500
                                            Email: msd@mdavenportlaw.com
                                            *Attorney for Plaintiff*

CRANFILL SUMNER LLP

By: <u>/s/ Jennifer Addleton Welch</u>
Jennifer Addleton Welch
N.C. State Bar No.: 31360
Steven A. Bader
N.C. State Bar No.: 55931
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Tel. (919) 863-8739
jwelch@cshlaw.com
sbader@cshlaw.com
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023 I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will send automatic notice to the following counsel of record:

Jennifer Addleton Welch, Esquire
Steven A. Bader, Esquire
**Cranfill Sumner, LLP**
*Attorneys for Defendant*
535 Currituck Drive, Suite 210
Wilmington, NC 28403
Email: jwelch@cshlaw.com
Email: sbader@cshlaw.com

|     |     |
| --- | --- |
|     | THE LAW OFFICE OF MICHAEL DAVENPORT, P.C. |
| By: | /s/ Michael S. Davenport<br>Michael S. Davenport<br>2505 South College Road<br>Wilmington, NC 28412<br>Phone: 910-362-9500<br>Email: msd@mdavenportlaw.com<br>*Attorney for Plaintiff* |