UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROSE HILL UNITED METHODIST CHURCT, a North Carolina church and unicorporated association,<br>                Plaintiff,<br><br>vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I., a Wisconsin stock insurance company f/k/a converted from, and otherwise successor-in0interest to Church Mutual Insurance Company, a Wisconsin mutual insurance company and CHURCH MUTUAL HOLDING COMPANY, INC., a Wisconsin corporation and mutual holding company and owner of Church Mutual Insurance Company, S.I., and other subsidiaries,<br>                Defendants. | **JUDGMENT**<br>**CASE NO. 7:20-CV-254-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered at docket entry 36 on July 12, 2922, Defendant Church Mutual Insurance Company, S.I.'s Motion to Dismiss is GRANTED IN PART AND DENIED IN PART.

This Judgment filed and entered on August 2, 2023, and copies to:
All counsel of record for the parties (via CM/ECF Electronic Notification)

 August 2, 2023                                       Peter A. Moore, Jr.
                                                          Clerk of Court

                                                    By: /s/ Kimberly R. McNally
                                                          Deputy Clerk